UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

_____

| | |
|---|---|
| PINNACLE FOODS INC. | : |
| | : |
| Plaintiff | : |
| | : |
| v. | : |
| | : |
| LLOYD'S SYNDICATE XLC 2003 (aka CATLIN UNDERWRITING AGENCIES LIMITED) | : No. 1:17-cv-01244-STA-egb |
| | : |
| and | : |
| | : |
| LLOYD'S SYNDICATE HSX3624 (aka HISCOX SYNDICATES LIMITED) | : |
| | : |
| Defendants. | : |

_____

## ORDER CONTINUING SCHEDULING CONFERENCE AND NOTICE OF RESETTING
_____

Upon Motion of Pinnacle Foods Inc. and for good cause shown, the scheduling conference currently set for June 15, 2018 is continued to **June 19, 2018** at **1:30 P.M.** in Courtroom 1, on the 4th Floor of the Federal Building, Jackson, Tennessee.

**IT IS SO ORDERED**.

*s/S. Thomas Anderson*
S. Thomas Anderson
Chief United States District Judge