UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **PINNACLE FOODS INC.,** | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| vs. | |
| **LLOYD'S SYNDICATE XLC 2003 aka CATLIN UNDERWRITING AGENCIES LIMITED, ET AL.,** | CASE NO: 17-1244-STA-egb |
| Defendants. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED that in accordance with the Agreed Order of Dismissal with Prejudice entered on October 31, 2018, this cause is hereby DISMISSED with prejudice.**

APPROVED:

s/ S. Thomas Anderson
CHIEF JUDGE UNITED STATES DISTRICT COURT

DATE: 10/31/2018

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON

(By) Deputy Clerk